IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-625 WYD-KLM

SARA PALECKI

    Plaintiff,

v.

N.A.R., INC.,

    Defendant.

---

## FINAL JUDGMENT PURSUANT TO FED.R.CIV.P.68

---

    In accordance wit the Orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P.68, the following Judgment is hereby entered.

    Pursuant to the offer of judgment filed 4/2/2014 and the acceptance thereof filed 4/2/2014, with proof of service, it is

    ORDERED that judgment be entered for SARA PALECKI and against N.A.R., INC., in the amount of $1,001.00, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court.

    It is FURTHER ORDERED that post-judgment interest shall accrue at the rate of .13% from the date of the entry of Judgment.

    DATED at Denver, Colorado this 3rd, day of April, 2014.

                                 JEFFREY P. COLWELL, CLERK

                                 By:  s/E.Van Alphen,
                                        Deputy Clerk