UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00625-WYD-KLM

SARA PALECKI,

      Plaintiff,

v.

N.A.R. INC.,

      Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

THIS MATTER is before the Court plaintiff, Sara Palecki's, Unopposed Motion For Attorney Fees [ECF No. 11].  After careful consideration, it is

ORDERED that Palecki's motion [ECF No. 11] is **GRANTED** and Palecki is entitled to an award of $1,250 in attorney fees.

Dated: April 16, 2014**.**